UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Oscar Sanchez

Case No: 17-24327
Chapter: 7
Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles A. Stanziale, the Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street, Newark, NJ 07102

If an objection if filed, a hearing will be held before the Honorable Rosemary Gambardella on September 19, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. If no objection is filed, the abandonment shall take effect on the entry by the Clerk of a Certification of No Objection

Description and value of Property
The Debtor owns real property located at 10 Phyllis Court, Wayne, NJ. The Property has a fair market value of $640,700.

The Debtor also owns real property located at 70 Davis Avenue, Dover, NJ. The Property has a fair market value of $279,800.

Liens of Property:
Nationstar: $994,081.32 (Wayne Property)
Bank of America: $336,350.73 (Dover Property)

Amount of equity claimed as exempt:
Full exemptions

Objections must be served on, and requests for additional information directed to:

NAME: Charles A. Stanziale, Esq.
ADDRESS: Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102
TELEPHONE NO: (973) 622-4444

ME1 12161197v.1

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                           Case No. 17-24327-RG
Oscar M. Sanchez                                                                 Chapter 7
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Aug 17, 2017
                               Form ID: pdf905              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db             +Oscar M. Sanchez,    10 Phyllis Court,    Wayne, NJ 07470-6519
cr             +Nationstar Mortgage LLC as servicer for Deutsche B,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516943201      +AIG Capital Grp successor to Countrywide,    c/o Arch Group,    One Liberty Plaza - 9th Fl,
                 New York, NY 10006-1404
516943202     ++AMERICAN SERVICING AND RECOVERY GROUP LLC,    PO BOX 975464,    DALLAS TX 75397-5464
                (address filed with court: American Servicing & Recovery Group,     4144N. Central Expy #900,
                 Dallas, TX 75204)
516943203      +Aurora Bank,    Pob 1706,    Scottsbluff, NE 69363-1706
516943204      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516943207      +Deutsche Bank,    c/o Buckley Madole, PC,    99 Wood Avenue,    #803,   Iselin, NJ 08830-2713
516943208      +Diana Borray,    10 Phyllis Court,    Wayne, NJ 07470-6519
516943211      +Jersey Central P & L,    300 Madison Avenue,    Morristown, NJ 07960-6169
516943212      +KML Law Group,    430 Mountain Avenue,    New Providence, NJ 07974-2731
516943216      +Midland Funding, LLC - HCBC Bank,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516943218      +Midland Funding, LLC -Verizon,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516943219      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
516943220      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,   Harrisburg, PA 17108-0988
516943222      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516943224      +Sears,   PO box 183082,    Columbus, OH 43218-3082
516943225      +Sheriff of Morris County,    PO Box 900,    Morristown, NJ 07963-0900
516943226      +Sheriff of Passaic County,    77 Hamilton Street,    Paterson, NJ 07505-2018
516943227      +State of New Jersey Division of Taxation,    PO Box 302,    Trenton, NJ 08625-0302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516943205       E-mail/Text: bcwrtoff@cablevision.com Aug 17 2017 23:09:31      Cablevision - Optimum,
                 111 Stewart Avenue,    Bethpage, NY
516943206      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 17 2017 23:09:31
                 Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
516943209       E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2017 23:07:51      GMAC,   PO Box 660208,
                 Dallas, TX 75266
516943210      +E-mail/Text: cio.bncmail@irs.gov Aug 17 2017 23:08:09      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516943213      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2017 23:10:23       LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
516943214      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2017 23:08:37      MCM,   2365 Northside Drive,
                 Suite 300,    San Diego, CA 92108-2709
516943215      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2017 23:08:37      Midland Credit Mgmt,
                 8875 Aero Dr,    San Diego, CA 92123-2255
516943217      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2017 23:08:37      Midland Funding, LLC - T-mobile,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516943221       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 23:23:33
                 Portfolio Recovery Associates,    PO box 12914,    Norfolk, VA 23541
516943223      +E-mail/Text: bkdepartment@rtresolutions.com Aug 17 2017 23:08:50      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Aug 17, 2017
                                  Form ID: pdf905            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Alphonse  DeSimone    on behalf of Debtor Oscar M. Sanchez AlphonseD@comcast.net,
               r46452@notify.bestcase.com
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage
               Pass-Through Certificates, Series 2007-OA2 nj_ecf_notices@buckleymadole.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```