Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant



Order Filed on September 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 7 |
|---|---|
| Oscar M. Sanchez, | Case No. 17-24327-RG |
|  | Hearing Date: September 12, 2017 at 10:00 a.m. |
| Debtor. | Judge: Hon. Rosemary Gambardella |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

9448-9437

Debtor: Oscar M. Sanchez
Case No.: 17-24327-RG
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC as Servicer for Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 10 Phyllis Court, Wayne, NJ 07470;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

9448-9437