**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Oscar M. Sanchez<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−8489<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17−24327−RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Oscar M. Sanchez

10/17/17                                   **By the court:**   Rosemary Gambardella
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-24327-RG
Oscar M. Sanchez                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2        Date Rcvd: Oct 17, 2017
                              Form ID: 318               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db            +Oscar M. Sanchez,   10 Phyllis Court,   Wayne, NJ 07470-6519
cr            +Nationstar Mortgage LLC as servicer for Deutsche B,   C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
516943201     +AIG Capital Grp successor to Countrywide,   c/o Arch Group,   One Liberty Plaza - 9th Fl,
                New York, NY 10006-1404
516943202    ++AMERICAN SERVICING AND RECOVERY GROUP LLC,   PO BOX 975464,   DALLAS TX 75397-5464
               (address filed with court: American Servicing & Recovery Group,   4144N. Central Expy #900,
                Dallas, TX 75204)
516943203     +Aurora Bank,   Pob 1706,   Scottsbluff, NE 69363-1706
516943207     +Deutsche Bank,   c/o Buckley Madole, PC,   99 Wood Avenue,   #803,   Iselin, NJ 08830-2713
516943208     +Diana Borray,   10 Phyllis Court,   Wayne, NJ 07470-6519
516943211     +Jersey Central  P & L,   300 Madison Avenue,   Morristown, NJ 07960-6169
516943212     +KML Law Group,   430 Mountain Avenue,   New Providence, NJ 07974-2731
516943216     +Midland Funding, LLC - HCBC Bank,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
516943218     +Midland Funding, LLC -Verizon,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
516943219     +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
516943220     +Penn Credit,   Attn:Bankruptcy,   Po Box 988,   Harrisburg, PA 17108-0988
516943222     +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516943225     +Sheriff of Morris County,   PO Box 900,   Morristown, NJ 07963-0900
516943226     +Sheriff of Passaic County,   77 Hamilton Street,   Paterson, NJ 07505-2018
516943227     +State of New Jersey Division of Taxation,   PO Box 302,   Trenton, NJ 08625-0302
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2017 22:36:06      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2017 22:36:03      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516943204     +EDI: BANKAMER.COM Oct 17 2017 22:13:00      Bank of America,   PO Box 31785,
                Tampa, FL 33631-3785
516943205      E-mail/Text: bcwrtoff@cablevision.com Oct 17 2017 22:36:46      Cablevision - Optimum,
                111 Stewart Avenue,   Bethpage, NY
516943206     +EDI: CCS.COM Oct 17 2017 22:13:00      Credit Collections Svc,   Po Box 773,
                Needham, MA 02494-0918
516943209      EDI: GMACFS.COM Oct 17 2017 22:13:00      GMAC,   PO Box 660208,   Dallas, TX 75266
516943210     +EDI: IRS.COM Oct 17 2017 22:13:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
516943213     +EDI: RESURGENT.COM Oct 17 2017 22:13:00      LVNV Funding, LLC,   PO Box 10497,
                Greenville, SC 29603-0497
516943214     +EDI: MID8.COM Oct 17 2017 22:13:00      MCM,   2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
516943215     +EDI: MID8.COM Oct 17 2017 22:13:00      Midland Credit Mgmt,   8875 Aero Dr,
                San Diego, CA 92123-2255
516943217     +EDI: MID8.COM Oct 17 2017 22:13:00      Midland Funding, LLC - T-mobile,
                8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
516943221      EDI: PRA.COM Oct 17 2017 22:13:00      Portfolio Recovery Associates,   PO box 12914,
                Norfolk, VA 23541
516943223     +E-mail/Text: bkdepartment@rtresolutions.com Oct 17 2017 22:36:13      Real Time Resolutions,
                Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
516943224     +EDI: SEARS.COM Oct 17 2017 22:13:00      Sears,   PO box 183082,   Columbus, OH 43218-3082
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Oct 17, 2017
                              Form ID: 318                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
          Alphonse  DeSimone    on behalf of Debtor Oscar M. Sanchez AlphonseD@comcast.net,
           r46452@notify.bestcase.com
          Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
           cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
          Charles A. Stanziale, Jr.    cstanziale@mccarter.com,  slipstein@mccarter.com;nj06@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC as servicer for Deutsche
           Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage
           Pass-Through Certificates, Series 2007-OA2 nj_ecf_notices@buckleymadole.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```